IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARSHA LILLY )
)
v. ) NO. 3-10-1178
) JUDGE CAMPBELL
CITY OF CLARKSVILLE, et al. )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 75), Objections filed by the Defendants (Docket No. 76) and a Response filed by the Plaintiff (Docket No. 79).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, and the file. The Objections of the Defendants are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, Defendants' Motion for Attorneys' Fees and Costs (Docket No. 62) is GRANTED in part and DENIED in part. The Motion for Leave to File Fee Bill (Docket No. 64) is moot. The Court awards costs to the Defendants in the amount of $1,910.20.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE